■ In the Matter of THOMAS R. KITCHEN, Petitioner, v CLERK OF APPELLATE DIVISION, FIRST DEPARTMENT, JOHN GILLIGAN, Respondent.—Application for a writ of mandamus unanimously denied, the cross motion to dismiss the petition granted, and the petition dismissed, without costs and without disbursements, as moot in view of the fact that the relief requested by petitioner has been granted by motion decided simultaneously herewith *(People ex rel. Kitchen v White,* 143 AD2d 593). No opinion. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.